■ PHILIP JOSEPH v. R. & M. EMBROIDERY CO., INC., et al. R. & M. EMBROIDERY CO., INC., et al. v. EDWARD S. FRIEDLAND.— Motion by third-party plaintiffs-respondents to dismiss appeal granted, with $10 costs, unless the third-party defendant-appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argu-

ment for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.